No. 97–5143. FROST *v.* MEADOWS, WARDEN. Super. Ct. Baldwin County, Ga. Certiorari denied.

No. 97–5144. HIGGASON *v.* COTTRELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5146. STEFFEN *v.* KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–5147. RODRIGUEZ-CALDERON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5148. SANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5149. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5150. LITTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5151. MMAHAT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5152. WEBER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–5153. MAO-SHIUNG WEI *v.* HACKETTSTOWN COMMUNITY HOSPITAL ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–5154. RUIZ TORRES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5155. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5156. WATKIS *v.* KUEHNE & NAGEL, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5157. ADAME *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5158. ABDULLAH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5160. FISHER *v.* WYATT ET AL. C. A. 5th Cir. Certiorari denied.